No. 3705.—El Pueblo, apldo., *v.* Piris (*a*) Pérez, aplte.— C. D. San Juan. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Marzo 8, 1929.

Por cuanto, condenado el acusado como autor del delito de acometimiento y agresión grave de que fué acusado, apeló para ante este tribunal archivándose en tiempo la transcripción de los autos;

Por cuanto, en su alegato el apelante sostiene que la prueba no es suficiente para basar en ella el fallo condenatorio dictado y el fiscal de esta corte tanto por escrito como oralmente se allanó a la contención del apelante; y

Por cuanto, examinada en efecto dicha prueba de ella aparece que el acusado, que se hallaba en estado de embriaguez, en el sitio y a la fecha que se expresan en la denuncia, al ir a pasar unos alambres se trabó en ellos y al tratar Santiago Rosa de ayudarlo "se emburujaron" resultando Rosa con dos pequeñas heridas, sin que pueda deducirse de los actos ocurridos que el acusado acometiera y agrediera a Rosa con la intención de causarle daño corporal alguno;

Por tanto, vista la ley y la jurisprudencia aplicable—*El Pueblo* v. *Lugo,* 16 D.P.R. 249 y *El Pueblo* v. *Astasio,* 23 D. P.R. 842—se revoca la sentencia recurrida que dictó la Corte de Distrito de San Juan el 10 de octubre, 1928, y se absuelve al acusado.